IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

McDonald Nicholas John _____, Plaintiff

v.

Jefferson County Police Department (Arresting officers in cases 21M4851, 21CR3216, 21M4434, 21CR949, 22M976, 21M4428) (Overcharging of 21CR949)

Jefferson County Detention Center/Courts

Arresting officers' Case # 21M4376

Aramark Employee Celeste who worked in Jeffco Detention Kitchen

Sergeant Williams Admin Sergeant at Detention Center, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

McDonald Nicholas John    12121 W 67th Av Arvada Co 80226 or Email    mcdonaldn95.7@gmail
(Name, prisoner identification number, and complete mailing address)

Nathan Morris
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓  Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Jefferson County Police Department
(Name, job title, and complete mailing address)

100 Jefferson County Parkway Golden Co 80402

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes ___ No (*check one*). Briefly explain:

Multiple Arresting Officers throughout Department. Span over arrests that show Use of Excessive force, Harassment, Intimidation, Deprivation of Rights, Overcharging etc.

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: Jefferson County Detention Center
(Name, job title, and complete mailing address)

100 County Parkway Golden Co 80462

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Multiple Deputies and staff who continued to Harass Intimidate Deprive of Rights and Due process along with untold amounts of Emotional Psychological trauma

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: Aramark Employee Celeste (Kitchen Worker)
(Name, job title, and complete mailing address)

100 Jefferson County Parkway Golden Co 80462

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ✓ No (*check one*). Briefly explain:

Assisted in Harassment and actively tried to cause unnecessary punishment through Defamation of Character and untold amounts of Emotional & Psychological trauma

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendants: 4  Arresting Officers in C# 21M4376 Address same as Def. 1 and acting and being Sued in official Capacity for Excessive use of force Resulting in Bodily injury in Feet (Nerve Damage)

**C. JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Deprivation of Rights, Excessive Use of force

Supporting facts:

2.) Incorrectly charging in excess resulting in Cruel unusual Punishment. Case # 21CR949

3.) Verbal Harrasment

4.) Intimidation through Abuse of Emotional/Psychological trauma by Malicious and Bias Motivated Crimes.

5.) Kidnapping by excessive charging

6.) Excessive Bond designed to keep incarcerated

7.) Stalking or specific Targeting of Plaintiff for administration of Cruel & Unusual Punishment over an extended period of time.

8.) Intentionally avoiding proper Medical treatment

See Attachment for

4

Supporting Facts

E.   **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Arresting Officers Case #1613 Nordstroms Rack

Docket number and court:

Claims raised:

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)

I've yet to receive a response from this complaint but it was filed recently with similiar claims as this but I've ongoing Medical issues specific to that one which is why I didn't file them both at the same time.

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F.   **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    ✓ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

From Jefferson County Police Dept, Courts, Detention Center for the numerous rights violated or blatantly Deprived of which caused Trauma of all forms to Plaintiff and family, $100 million is in order.

Arresting Officers in Case #Z1M4376 for use of Force in Excess Plaintiff requests $20 million

Aramark Employee who Assisted in Harassment and Cruel & Unusual Punishment towards Plaintiff $10 million

For the numerous Arrests that were clearly abuse of power and tactics used to Harass/Intimidate, Administer Cruel & Unusual Punishment over a prolonged period of time Plaintiff request $50,000 per Day of Incarceration

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

14 JUL 22
(Date)

(Form Revised December 2017)

6

To Whom It May Concern                                    15 JULY 2022

Ive filled this complaint out to the best of my knowledge with supporting Documents and Case Reports to be used as evidence. My Question in some of these facts I've given is how do I subpoena the Body Cameras to further support my case. I also ask Courts to if I have indeed Done any of this paperwork wrong to not Deny but send back to me to properly fill out and return. Ive had a hard time with obtaining records only within the last week have I been told how to get them and this is why some names are not on the claim. They are basically the Officers in the Arrests so any Case Report or Subpoena will verify rather quickly the names. I thank the Courts very much for any and all help that can be legally given.

If putting the Police Dept and Case #'s for officers in Arrest is in excess I ask Courts to just use Police Dept if that is enough.

Defendant 5  Sergeant Williams     100 Jefferson
              Admin Sergeant        County Parkway
                                    Golden Co
Acting under color of state or Federal   80401
Law (Yes) Admin Sergeant in Detention Center

Defendant 4

Arresting Officers in Cases    21M4376
100 Jefferson County Parkway   21M4051
Golden Co 80401                21CR3214
                               CR000949
Were acting in color of state or federal - YES

Multiple officers Abusing power and Harrassment or Intimidation tactics against Plaintiff

For Individual names once case reports are obtained specific names can be given. As for medical record shows the 90 days Plaintiff has sent kites to Medical for elbow pain in visits with clear swollen and redness Plaintiff says to Doctors fingers are numb its ligament Damage and Nerve damage but only provide medication and X-ray which would not reveal any problems anyway. Deliberately prolong MRI for Plaintiff explaining to him that it will go away. To further explain and expand on my complaint The Public Defender Chris Richardson which is why I include courts outside of the CR949 case He tried to get me to sign a plea Deal of 18 months D.O.C on charges of Att Criminal Mischief (Petty offense). When I brought this to his attention to bring up in the Court of law he refused to acknowledge the error and when he finally looked it up still did not bring up. When I spoke with the Judge about this the Honorable VanGilder told me I was wrong and again everyone involved absolutely refused to change or acknowledge the error and to this date continues to prosecute me erroneously and in my opinion due to the established pattern of Jefferson County Maliciously.

Events include numerous Minor Complaints within Jail such as IDD's or Immediate Disciplinary Detentions. that the jail pursues with extreme prejudice. Clearly these are Bias Motivated Crimes 18-9-121 1(a)(b) explain precisely the laws being broken. Such as without warning removal from Medium to Maximum Custody. Or IDD's such as #220002969 where Plaintiff receives 23 hour lock down so he wouldn't receive hour out and due to POD times ended up doing 33 hours in cell. Aramark for 5 weeks in a row from 1st week of may until 2nd week of June took money from account for commisary but did not deliver food or refund money for weeks. Last of Medical has deliberatley pushed out or refused proper treatment.

## Letters

Letters sent to family member is returned with stamp saying address does not exist. Plaintiff verifies it was correct and envelope seal was not even wettend to seal envelope. Sergeant Williams opens Inmate Legal Mail to Internal Affairs. Response letter in possession of Plaintiff describes complaints about Lakewood P.D. as something for Internal Affairs. Plaintiff Informs Sgt Williams this is outside Authority and Response was that it was his duty to screen these letters. And Assures him he's within his rights. He is not. He is in fact further Depriving Plaintiff and judicial system of Privacy and proper ways to Addresss issues or grievances.

11JULY2022

Most recent IDD is about Plaintiff being outside of cell while it was anothers tiers Dayhall. Deputies issue 3 day IDD to him while camera show that more than just Plaintiff is out from his tier yet he is only one punished. He also has asked to move cells to either be housed in a single Cell or an inmate of his choice to avoid any issues and was Denied and Told from 07JULY2022 till today that moves can't be made however Cellmate Raben was granted this night and 4 other moves had been made.

# Timeline of Events:

**Z1M4376** - Obstructing charge. Body Camera footage show Plaintiff produces Receipt to contradict claim of theft. However Officers use excessive force when Plaintiff is Compliant the whole incident and from this has had Nerve Damage in feet since. Arresting Officers behaved in this manner.

**Z1M4051** - A Theft from Wal Mart, where Card was used but Loss prevention say it was not approved however Officers asked to Investigate. Verified through 4 employees that card was approved. Officers still charge Plaintiff with theft.

## Jun - 2022

While serving 2 month sentence in Jefferson County Detention Center an Aramark employee in the Kitchen Accusses Plaintiff of Verbal Harrassment but Statements made by her and other inmates show they were lies, and in fact she admits to Calling Plaintiff a Punk, Bitch, Pussy. This caused a removal to Higher Custody and a Negative attack and Depression resulted from this as well for Plaintiff

## Case # 000F1491

Case is charged as Felonies, but under Colorado Statutes are nothing more than Class 2 Misdemeanors. Courts and Public Defender refuse to address issue. Emotional stress and Psychological trauma are the result of this. This Public Defender also tried to get me to and was going to allow me to sign for a D.O.C. sentence on Class 2 Misd.

## 2019

Plaintiff Discovers Jeffco has charged Inmate Account in 2019 Plaintiff has not been to Jeffco since 2014 and was in prison at that time.

## 08Apr 2022

Plaintiff is arrested on another case - # CR11513 with similiar Complaints as above. Since incarceration extreme mental Health issues such as Depression, Physical, emotional stress, and numerous emotions causing serious problems with Friends Family & loved ones have arose, such

