IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 18 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

McDonald Nicholas John, Plaintiff,

v.

Jeffco Police Dept
Sergeant Williams Admin Sergeant
Jeffco Detention Center
and Courts
Aramark employee Celest
Arresting officer # 21M4376, Defendant(s).
21M4051  CR000949
21CR3216

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
   Refactual Compensation, Defamation of Character, Harassment, Intimidation, Cruel & Unusual punishment over an extended amount of time.

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

_Per Sergeant from Admin_

_Currently owe 45_

5. Are you in imminent danger of serious physical injury?

___ Yes  ☒ No  (CHECK ONE). If you answered yes, briefly explain your answer:

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. §.1621.

Executed on  _13 July 2022_
 (Date)

_____
(Prisoner's Original Signature)

(Rev. 10/01/12)                                                    2

## AUTHORIZATION

I, _Nicholas McDonald_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _Nicholas M McDonald_

Prisoner Signature: _[signature]_

## CERTIFICATE OF PRISON OFFICIAL