**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-01784-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

NICHOLAS JOHN MCDONALD,

    Plaintiff,

v.

JEFFERSON COUNTY POLICE DEPARTMENT,
JEFFERSON COUNTY DETENTION CENTER/COURTS,
ARRESTING OFFICERS CASE # 21M4376,
CELESTE, Aramark Employee who worked in Jeffco Detention Kitchen, and
SERGEANT WILLIAMS, Admin Sergeant at Detention Center,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff, an inmate at the Jefferson County Detention Facility in Golden, Colorado, has submitted a Prisoner Complaint (ECF No. 1)[1] and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) \_\_\_\_ is not submitted

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(2) \_\_\_ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_\_ is missing certificate showing current balance in prison account
(5) \_\_\_ is missing required financial information
(6) \_\_\_ is missing authorization to calculate and disburse filing fee payments
(7) \_\_\_ is missing an original signature by the prisoner
(8) \_\_\_ is not on proper form (must use the court's current form)
(9) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: <u>account statement is necessary only if fees totaling $402.00 are not paid in advance</u>.

**Complaint, Petition or Application**:
(11) \_\_\_ is not submitted
(12) \_\_\_ is not on proper form
(13) \_\_\_ is missing an original signature by the prisoner
(14) \_\_\_ is missing page nos. \_\_\_\_
(15) \_\_\_ uses et al. instead of listing all parties in caption
(16) \_\_\_ names in caption do not match names in text
(17) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 19, 2022.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge