IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01784-GPG

NICHOLAS JOHN MCDONALD,

    Plaintiff,

v.

JEFFERSON COUNTY POLICE DEPARTMENT,
JEFFERSON COUNTY DETENTION CENTER/COURTS,
ARRESTING OFFICERS CASE # 21M4376,
CELESTE, Aramark Employee who worked in Jeffco Detention Kitchen, and
SERGEANT WILLIAMS, Admin Sergeant at Detention Center,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    The Court's recent mailings to Plaintiff have been returned undeliverable, with the return envelopes stating, "NOT DELIVERABLE." (ECF Nos. 5, 6). It appears that Plaintiff's has listed two separate mailing addresses in his filings in this case. (*See* Prisoner Complaint, ECF No. 1 at 2 and mailing envelope at ECF No. 1 at 11). Thus, the Clerk of Court is **directed to update the docket and re-serve** a copy of ECF No. 4, using the following information:

Nicholas John McDonald
#P01021021
P.O. Box 16700
Golden, CO 80402

    Plaintiff shall have thirty (30) days from the date of this Minute Order to comply with the order to cure (ECF No. 4). If Plaintiff fails to comply within the time allowed, this action may be dismissed without further notice.

DATED: September 21, 2022