IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01784-GPG

NICHOLAS JOHN MCDONALD,

    Plaintiff,

v.

JEFFERSON COUNTY POLICE DEPARTMENT,
JEFFERSON COUNTY DETENTION CENTER/COURTS,
ARRESTING OFFICERS CASE # 21M4376,
CELESTE, Aramark Employee who worked in Jeffco Detention Kitchen, and
SERGEANT WILLIAMS, Admin Sergeant at Detention Center,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Nicholas John McDonald is a pretrial detainee at the Jefferson County Detention Facility in Golden, Colorado. On July 18, 2022, Plaintiff filed *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form without the required supporting documentation (ECF No. 3). Accordingly, this civil action was opened.

    On July 19, 2022, Magistrate Judge Gordon P. Gallagher ordered Plaintiff to cure certain deficiencies if he wishes to pursue any claims in this action. (ECF No. 4). Magistrate Judge Gallagher specifically directed Plaintiff either to pay filing and administrative fees totaling $402.00 or to submit a certified copy of the prisoner's trust fund statement for the 6-month period immediately preceding this filing. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure all of

the deficiencies within thirty days. (*Id.*).

On August 2, 2022, the copy of Magistrate Judge Gallagher's July 19 order that was mailed to Plaintiff at his address of record listed on the Prisoner Complaint (*see* ECF No. 1 at 2) was returned to the Court undelivered. (ECF No. 6). The returned envelope bears a stamp that reads "RETURN TO SENDER NOT DELIVERABLE AS ADDRESS UNABLE TO FORWARD." (*See Id.*). Other mail sent to Plaintiff at his address of record also has been returned undelivered for the same reason. (*See* ECF No. 5). Thereafter, upon a review of the file, on September 21, 2022, Magistrate Judge Gallagher issued a minute order indicating that "[i]t appears that Plaintiff has listed two separate mailing addresses in his filings in this case. (*See* Prisoner Complaint, ECF No. 1 at 2 and mailing envelope at ECF No. 1 at 11)." (ECF No. 7). The minute order directed the Clerk of the Court to "update the docket and re-serve a copy of" the July 19 order to cure to Plaintiff at the address listed on the envelope, the Jefferson County Detention Facility at P.O. Box 16700, Golden, CO 80402, and again advised Plaintiff that the action would be dismissed without prejudice if he failed to comply with Magistrate Judge Gallagher's July 19 order within the time allowed. (*Id.*).

Plaintiff has failed to cure the deficiencies within the time allowed and he has not responded in any way to Magistrate Judge Gallagher's July 19 order or September 21 minute order. He has failed to file a notice of change of address within five days of any change of address as required by the Court's local rules. See D.C.COLO.LCivR 5.1(c). Therefore, the action will be dismissed without prejudice for failure to prosecute and cure the deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore in forma pauperis status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to prosecute and cure the deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   21st   day of      November     , 2022.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court