IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01784-LTB

NICHOLAS JOHN MCDONALD,

    Plaintiff,

v.

JEFFERSON COUNTY POLICE DEPARTMENT,
JEFFERSON COUNTY DETENTION CENTER/COURTS,
ARRESTING OFFICERS CASE # 21M4376,
CELESTE, Aramark Employee who worked in Jeffco Detention Kitchen, and
SERGEANT WILLIAMS, Admin Sergeant at Detention Center,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 21, 2022, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 21st day of November, 2022.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ T. Vo
                        Deputy Clerk