

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

22-cv-1784-GPG

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -5 2022

JEFFREY P. COLWELL
CLERK

#8-9

FIRST-CLASS MAIL
$00.81⁰
ZIP 80294
041L11245087

neopost
11/22/2022
US POSTAGE

DENVER CO 802
2022 PM 6
RETURN
TO
SENDER
PRESENCE OF THE
INMATE
NOT IN CUSTODY

Nicholas John McDonald
#P01021021
Jefferson County Detention Facility
P.O. Box 16
Golden, CO

UTF

BC: 80294250099  *1320-05790-22-42

NIXIE        808   DC  1        0012/01/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD