In the United States Court
for the District of Colorado

Civil Action 1:22-CV-01784 LTB-GPG

Nicholas McDonald                    Plaintiff

V

                                     Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 03 2023

JEFFREY P. COLWELL
CLERK

## Motion for Appointment of Counsel

Pursuant to 28 USC SEC 1915(e)(2) I move for an order to appoint Counsel to Represent me in this case.

1) With Access to Law Library extremely Difficult due to various issues within the Detention Center My Ability to Research is Limited. This will Hinder my ability to properly prepare and Defend my Case for any Trial that takes Place. An Attorney will be better Suited to Represent me and Thoroughly present any and all evidence that will be needed.

2) As I've continue to look for an Attorney Communication and Access to Resources that Include Civil Attorneys As this facility Has only Given me one that I've tried to contact and missed a Phone Interview due to a Write up that Consequently Sent me to the hole. Which was the Geigle Law Firm 4100 East Mississippi 16th Floor Denver Co 80246 I hope the Courts help me Remedy this issue.

Respectfully Submitted                    26FEB23

Nicholas McDonald    PO Box 16700
Golden, Co 80402



Michael McDonald P01012021
PO Box 16700
Golden Co 80402

[UNCENSORED INMATE MAIL]

Office of the Clerk
United States Courthouse
901 19th Street Room A105
Denver Co 80294

DENVER CO 802
28 FEB 2023 PM 7