IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01784-LTB

NICHOLAS JOHN MCDONALD,

    Plaintiff,

v.

JEFFERSON COUNTY POLICE DEPARTMENT,
JEFFERSON COUNTY DETENTION CENTER/COURTS,
ARRESTING OFFICERS CASE # 21M4376,
CELESTE, Aramark Employee who worked in Jeffco Detention Kitchen, and
SERGEANT WILLIAMS, Admin Sergeant at Detention Center,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Appointment of Counsel (ECF No. 11) is DENIED AS MOOT because this case was dismissed and judgment was entered on November 21, 2022 (ECF Nos. 8, 9). The action is closed. **Plaintiff is warned that any further filings in this closed action will be stricken.**

    Dated:  April 7, 2023