**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 11 2023**

JEFFREY P. COLWELL
CLERK

To Whom it May Concern                                27 APR 23

I'm writing a brief letter to the Clerk of the Courts in regards to my Address being changed As I was recently moved to Fremont Correctional Facility from the Intake Center DRDC on Thursday 28 APR 23. I ask the Courts to update this Immediately to avoid any Delay in my Civil Actions and Thank your Office for the Prompt and Immediate Attention to this Matter Thank You very Much. Address is 600 Evans Rd Cañon City Co 81212

Nicholas McDonald



Nicholas McDonald
DOC 105841
Fremont Correctional Facility
Loop Evans Rd
Cañon City Co 81212

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St, Room A-105
Denver Co 80294-2501

Legal Mail